IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:10-CV-00243-FL

| | |
|---|---|
| MICHAEL E. THRASH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DARE COUNTY AIRPORT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

UPON CONSIDERATION of the Motion to Stay (Doc. 29), and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Stay is granted; and

IT IS FURTHER ORDERED that the commencement of discovery is stayed pending the Court's ruling on the Defendant Dare County Airport Authority's Motion for Reconsideration and Rule 12(b)(1) Motion to Dismiss and Rule 12(c) Motion for Judgment on the Pleadings.

SO ORDERED this the 7th day of June, 2011.

_____
Louise W. Flanagan
Chief United States District Court Judge