IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CV-243-FL

| | | |
|---|---|---|
| MICHAEL E. THRASH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DARE COUNTY AIRPORT AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

In this case concluded in Judgment in favor of defendant September 9, 2011 (DE # 44), pursuant to order entered September 7, 2011 (DE # 43), affirmed by the United States Court of Appeals for the Fourth Circuit in its opinion dated February 22, 2012 (DE # 51), several motions were lodged on the court's docket by plaintiff, appearing *pro* se, between June 22, 2012 and August 6, 2012. These include motion seeking appointment of counsel (DE # 54), motion to stay which repeats request for counsel (DE # 58), and motion to strike defendant's response in opposition (DE # 60). This case having been finally concluded, the motions are DENIED as MOOT. The clerk is directed to terminate each of the three above-referenced motions in this closed file, and return same to inactive status.

SO ORDERED, this the 7th day of February, 2013.

LOUISE W. FLANAGAN
United States District Judge